[No. 4385–II.   Division Two.   August 31, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
E. STOCKTON, *Appellant.*

Appeal from a judgment of the Superior Court for

Thurston County, No. 79-1-00139-6, Gerry L. Alexander, J., entered October 9, 1979. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Petrie, J., and Johnson, J. Pro Tem.